**Affirmed as Modified and Opinion Filed April 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01332-CR

### W. W. WISE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-52723-P**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Francis

W. W. Wise appeals following his conviction for theft. In two issues, appellant contends the judgment should be modified to reflect he was convicted of a state jail felony and to show his pleas and the trial court's finding on two enhancement paragraphs. The State agrees the judgment should be modified. We modify the trial court's judgment and affirm as modified.

Appellant waived a jury and pleaded guilty to theft of property valued at $1,500 or more but less than $20,000, a state-jail felony offense. Appellant also pleaded true to two enhancement paragraphs that alleged prior state-jail felony convictions for "criminal mischief/$1,500" and "theft $1,500." The enhancement paragraphs elevated the punishment

range to that of a third-degree felony. After finding appellant guilty and the enhancement paragraphs true, the trial court sentenced appellant to five years in prison.

The judgment states the degree of appellant's offense was a third-degree felony. However, although appellant's punishment was subject to a third-degree felony range due to the enhancement paragraphs, he was convicted of a state-jail felony. Thus, the judgment is incorrect. Additionally, the judgment incorrectly states the pleas and findings to the enhancement paragraphs as "N/A." We sustain appellant's two issues.

We modify the judgment to show: (1) the degree of the offense is state jail felony; (2) the plea to first enhancement paragraph is true; (3) the finding on first enhancement paragraph is true; (4) the plea to the second enhancement paragraph is true; and (5) the finding on the second paragraph is true. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd). As modified, we affirm the trial court's judgment.

Do Not Publish
TEX. R. APP. P. 47
131332F.U05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

W. W. WISE, Appellant

No. 05-13-01332-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 203rd Judicial District Court of Dallas County, Texas (Tr.Ct.No. F13-52723-P).
Opinion delivered by Justice Francis, Justices Bridges and Lang-Miers participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Degree of Offense" is modified to show "State Jail Felony."

The section entitled "Plea to 1st Enhancement Paragraph" is modified to show "True."

The section entitled "Findings on 1st Enhancement Paragraph" is modified to show "True."

The section entitled "Plea to 2nd Enhancement/Habitual Paragraph" is modified to show "True."

The section entitled "Findings on 2nd Enhancement/Habitual Paragraph" is modified to show "True.

As modified, we **AFFIRM** the trial court's judgment.


Judgment entered April 29, 2014


/Molly Francis/
MOLLY FRANCIS
JUSTICE